1  JACK S. SHOLKOFF CA Bar No. 145097
   jack.sholkoff@ogletreedeakins.com
2  PATRICIA M. JENG CA Bar No. 272262
   patricia.jeng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
5  Telephone: 213.239.9800
   Facsimile: 213.239.9045
6
   Attorneys for Defendant
7  ARVATO DIGITAL SERVICES LLC

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | DAVID ARTHUR | Case No. 2:14-cv-5140 |
12 | Plaintiff, | **DECLARATION OF JACQUELINE CHASEY IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |
13 | v. | |
14 | ARVATO DIGITAL SERVICES LLC, and Does 1 through 20, inclusive | |
15 | | |
16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

18109403_1.docx

Case No. 2:14-cv-5140
DECLARATION OF CHASEY IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

## DECLARATION OF JACQUELINE CHASEY

I, Jacqueline Chasey, declare as follows:

1. I am Senior Vice President, Legal Affairs and Secretary of Bertelsmann, Inc. ("Bertelsmann"), the sole member of the named Defendant in this action, Arvato Digital Services LLC ("Defendant"). I am familiar with the organizational structure of and legal relations between Bertelsmann and Defendant. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. Bertelsmann is the sole member of Defendant. Bertelsmann is, and was at all times relevant to this action, a corporation formed and organized under the laws of the State of Delaware. Bertelsmann's headquarters, and its executive and senior management personnel, as well as its primary management operations, are located in New York, New York, and its activities are directed, controlled, and coordinated from that location.

3. In my capacity as the Senior Vice President, Legal Affairs and Secretary of Bertelsmann, I have access to and regularly receive copies of lawsuits filed against Defendant. On June 26, 2014, I received a copy of the Summons and Complaint in the matter of *David Arthur v. Arvato Digital Services LLC, and Does 1 through 20, inclusive,* Case No. BC546739 that was filed in the Los Angeles Superior Court on May 23, 2014, and which was personally served upon Defendant on June 2, 2014 through Corporate Service Company, Defendant's registered agent for service of process. A copy of all documents that I received as served on June 2, 2014, including the Summons and Complaint, are attached to the Notice of Removal as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 26, 2014 at New York, New York.

*Jacqueline Chasey*

Jacqueline Chasey

18109403.1

Declaration of
Jacqueline Chasey

2   Case No.
DECLARATION OF CHASEY IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT