JACK S. SHOLKOFF CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
PATRICIA M. JENG CA Bar No. 272262
patricia.jeng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
ARVATO DIGITAL SERVICES LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARTHUR<br><br>Plaintiff,<br><br>v.<br><br>ARVATO DIGITAL SERVICES LLC, and Does 1 through 20, inclusive<br><br>Defendants. | Case No. 2:14-cv-5140<br><br>**DECLARATION OF GARO KECHBOULADIAN IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |

18109492_2.docx

## DECLARATION OF GARO KECHBOULADIAN

I, Garo Kechbouladian, declare and state as follows:

1. I am the Vice President of Controlling/Finance of Arvato Digital Services LLC ("Defendant"). In this position, I am familiar with the company records of Defendant and its members. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. Defendant is, and was at all times relevant to this action, a limited liability company formed under the laws of the State of Delaware. Defendant is a limited liability company comprised of a single member, Bertelsmann, Inc., which is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of New York. Bertelsmann, Inc.'s headquarters, and its executive and senior management personnel, as well as its primary management operations, are located in New York, New York, and direct, control, and coordinate its activities from that location.

3. In my capacity as the Vice President of Controlling/Finance, I have access to the documents and records kept during the normal course of business regarding the compensation and employment benefits of Defendant's employees and former employees.

4. On or about June 26, 2014, I obtained and reviewed Plaintiff David Arthur's ("Plaintiff") employment records, which are maintained in the ordinary course of business by Defendant. These records contain, among other things, the dates of Plaintiff's employment, Plaintiff's salary, Plaintiff's address on file, Plaintiff's bonus potential, and wages that Defendant paid Plaintiff (the "Records"). Based on a review of the Records, Plaintiff worked for Defendant between December 10, 2012 and November 15, 2013 and that at the time of termination Defendant paid Plaintiff a salary of $170,400 per year.

Declaration of Garo Kechbouladian ISO

1  Case No.
DECLARATION OF KECHBOULADIAN IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

5. Based on a review of the Records, as of November 15, 2013, Defendant also paid $1,054 per month for Plaintiff's medical, dental, and life insurance benefits. Plaintiff was eligible for an annual discretionary bonus, which was dependent on fulfilling various criteria. Plaintiff also accrued 13.33 hours of vacation time per month, or 20 days per year. Based on Plaintiff's annual base salary, the value of this vacation time was approximately $1,178 per month because Plaintiff earned approximately $710 per work day. At $1,178 per month, the value of 7 ½ months' vacation benefits is worth $8,835.

6. Plaintiff's most recent address on file with Defendant is located within the state of California.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on June 30, 2014 at 3 PM.

Garo Kechbouladian

18109492.2

2   Case No.
DECLARATION OF KECHBOULADIAN IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT